RECEIVED

SEP 17 2010

FORM B104 (08/07)                                                2007 USBC Central District of California

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                              Deputy Clerk

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Page 2) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|

| PLAINTIFFS | DEFENDANTS |
|---|---|
| WORLD BLACKBELT, Inc. | CENTURY MARTIAL ARTS, Inc. |

| ATTORNEYS (Firm Name, Address, and Telephone No.) | ATTORNEYS (If Known) |
|---|---|
| Bruce M. Greenfield, Esq.    (310) 471-5115<br>520 S. Sepulveda Blvd.         Suite 404<br>Bel Air, CA  90049 | Martin B. Greenbaum, Esq.    (949) 760-1400<br>840 Newport Center Drive         Suite 720<br>Newport Beach, CA 92660 |

| PARTY (Check One Box Only) | PARTY (Check One Box Only) |
|---|---|
| ☑ Debtor        ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor      ☐ Other<br>☐ Trustee | ☐ Debtor        ☐ U.S. Trustee/Bankruptcy Admin<br>☑ Creditor      ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

To avoid the ["secured"] judgment lien pursuant to 11 U.S.C. Section 544(a)(1)

## NATURE OF SUIT
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**

☐ 11-Recovery of money/property - §542 turnover of property

☐ 12-Recovery of money/property - §547 preference

☐ 13-Recovery of money/property - §548 fraudulent transfer

☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**

☒ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**

☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**

☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**

☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**

☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims

☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud

☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**

☐ 61-Dischargeability - §523(a)(5), domestic support

☐ 68-Dischargeability - §523(a)(6), willful and malicious injury

☐ 63-Dischargeability - §523(a)(8), student loan

☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)

☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**

☐ 71-Injunctive relief – imposition of stay

☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**

☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**

☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**

☐ 01-Determination of removed claim or cause

**Other**

☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.

☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☑ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ 349,200.00 |

Other Relief Sought

For a declaration ["secured"] judgment lien was "unperfected" by the judgment creditor - prior to filing of the Chapter 11 by World Blackbelt, Inc.

FORM B104 (08/07), page 2                                                2007 USBC, Central District of California

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| **NAME OF DEBTOR**<br><br>WORLD BLACKBELT, Inc. | | **BANKRUPTCY CASE NO.**<br><br>1:10-bk-10148 |
| **DISTRICT IN WHICH CASE IS PENDING**<br><br>Central District of California | **DIVISIONAL OFFICE**<br><br>San Fernando Valley | **NAME OF JUDGE**<br><br>Geraldine Mund |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| **PLAINTIFF**<br>N/A | **DEFENDANT**<br>N/A | **ADVERSARY PROCEEDING NO.**<br>N/A |
| **DISTRICT IN WHICH ADVERSARY IS PENDING**<br>N/A | **DIVISIONAL OFFICE**<br>N/A | **NAME OF JUDGE**<br>N/A |
| **SIGNATURE OF ATTORNEY (OR PLAINTIFF)**<br><br>*Bruce M. Greenfield* | | |
| **DATE**<br><br>9/17/10 | **PRINT NAME OF ATTORNEY (OR PLAINTIFF)**<br><br>Bruce M. Greenfield | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendents.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not presented by an attorney, the plaintiff must sign.

1 | **BRUCE M. GREENFIELD**
Attorney at Law  SBN 80122

2 | 520 Sepulveda Blvd. Suite 404
Bel Air, California 90049-90077

3 | (310)471-5115 fax (310)471-4355
e-mail: bgreenfieldlaw @ aol.com

4 | Attorney for Debtor-in-Possession

FILED

SEP 1 7 2010

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

5 |

6 | **UNITED STATES BANKRUPTCY COURT**

7 | **CENTRAL DISTRICT OF CALIFORNIA**

8 | **SAN FERNANDO VALLEY DIVISION**

9 | In re:                                              )    Bankruptcy Case No. 1:10-bk-10148-GM
                                                      )
10 |     World Blackbelt, Inc.                         )    Chapter 11
                                                      )
11 | _____ )    Adversary Case. No. _____
                                                      )
12 |    World Blackbelt, Inc. - Plaintiff             )    **ADVERSARY COMPLAINT - [TO AVOID]**
                                                      )    **THE "UNPERFECTED" JUDGMENT LIEN**
13 |            vs.                                     )
                                                      )    Pursuant to - 11 U.S.C. Section 544(a)(1) - [and]
14 |    Century Martial Arts, Inc. - Defendant        )    California Code of Civil Procedure Sec. 708.140
                                                      )
15 | _____ )

16 |

17 | WORLD BLACKBELT, Inc. hereby alleges and asserts the following claim for relief - to avoid

18 | the judgment lien of CENTURY MARTIAL ARTS [purportedly] secured by: all of the assets of

19 | the Debtor-in-possession WORLD BLACKBELT, Inc. (for the benefit of all the other creditors).

20 |

21 | Pursuant to Section 544(a)(1) the debtor-in-possession has the authority (as its own trustee) to act

22 | on behalf of all the other unsecured creditors to "avoid" the [unperfected] judgment lien recorded

23 | by Century with the secretary of state; however not filed in the court as required by CCP 708.140.

24 |

25 | Thus, creditor failed to perfect its judgment lien by filing notice of lien in the superior court case.

26 | Upon avoidance of the lien, all other creditors will benefit from the debtor's control of the assets.

27 | Additionally, World Blackbelt, Inc. is entitled to avoid Century's "unperfected" judgment lien on

28 | behalf of all other creditors, as Century's receiver did not take possession (prior to the Chapter 11).

# ADVERSARY COMPLAINT

## TO "AVOID" JUDGMENT LIEN PURSUANT TO 11 U.S.C. SECTION 544(a)(1)

### I.

### PARTIES TO THE ACTION

1) Plaintiff WORLD BLACKBELT, Inc. is debtor-in-possession in Case No. 1:10-bk-10148-GM filed on January 6, 2010; in the Central District of California, in the San Fernando Valley Division.

2) Defendant CENTURY MARTIAL ARTS, Inc. is a creditor of debtor-in-possession ("Debtor") which such creditor purports to be "secured" and creditor filed a Proof of Claim on May 15, 2010.

### II.

### JURISDICTION OF THE COURT

3) This is a "core" proceeding pursuant to 28 U.S.C. Section 157(b)(2)(I) and is "core" proceeding pursuant to 28 U.S.C. Sec. 1334 and is "core" proceeding by reference to 11 U.S.C. Sec. 544(a)(1).

### III.

### CLAIM FOR RELIEF

**[pursuant to 11 U.S.C. Section 544(a)(1) - on behalf of the "hypothetical" lien creditor]**

4) Plaintiff realleges and incorporates by reference paragraphs 1 through 3 - as if set forth herein.

5) On January 6, 2010; Debtor filed a Chapter 11 petition known as Case No. 1:10-bk-10148-GM.

6) On May 15, 2010; CENTURY MARTIAL ARTS ("Creditor") filed [*secured*] Proof of Claim.

## PROCEDURAL BACKGROUND

7) The Proof of Claim filed by CENTURY MARTIAL ARTS purports to be "secured" by the recording of a "judgment lien" with the Office of Secretary of State [of the State of California]; which was recorded on November 15, 2008 (without notice provided to WORLD BLACKBELT).

8) Pursuant to California Code of Civil Procedure Section 708.140 - "notice of lien" shall be filed in the superior court action [and] also "served" upon the judgment debtor by the judgment creditor.

9) Upon review of the file in Los Angeles Superior Court Case No. LC067848 - judgment creditor CENTURY MARTIAL ARTS did not file a copy of the "judgment lien" nor serve it upon Debtor.

10) Thus, the "judgment lien" was "unperfected" under state law requirements of CCP 708.140.

## LEGAL BASIS FOR AVOIDANCE OF "UNPERFECTED" JUDGMENT LIEN

11) The following is standard of review for determining if creditor's judgment lien is "perfected":

> Under the federal Bankruptcy Code, a security interest is perfected when the creditor has satisfied the requirements [*3] of perfection under state law. See 11 U.S.C. § 547(c)(3)(B), Fidelity Financial Services, Inc. v. Fink, 522 U.S. 211, 214, 118 S. Ct. 651, 139 L. Ed. 2d 571 (1998) (holding a security interest is perfected for federal bankruptcy purposes if the creditor satisfies the requirements for perfection under state law).

12) Accordingly, the judgment creditor failed to properly perfect its judgment lien under state law.

## THE HYPOTHETICAL LIEN CREDITOR NEED NOT EVEN EXIST UNDER 544(a) (1)

13) Even if there are no other creditors claiming an interest in assets of WORLD BLACKBELT the "judgment lien" of CENTURY MARTIAL ARTS can be "avoided" under Section 544(a)(1).

## "INVALIDITY" OF JUDGMENT LIEN

14) Additionally, CENTURY MARTIAL ARTS never obtained possession of assets of the Debtor by the court appointed receiver - prior to filing of the Chapter 11 petition by Debtor-in-Possession.

15) Therefore, the bankruptcy court has the power and authority to declare the "judgment lien" to be unsecured and to avoid the creditor's secured lien; if the court determines lien is "unperfected".

16) Pursuant to the case entitled In re: Southern California Plastics, Inc. 9th Circuit 165 F.3d 1243 (1999) also known as Lawrence Diamant, Chapter 7 Trustee vs. Kasparian, - the bankruptcy court has the power and authority to make distinctions between the various methods to perfect a lien and to presume in favor of the trustee (or debtor-in-possession) the creditor has not properly perfected; if there is any reasonable factual basis to determine the creditor failed to take [all] necessary steps.

17) Based on creditor's non-compliance with California Code of Civil Procedure Section 708.140 and the failure of the creditor's receiver to have taken possession of the assets of the Debtor [prior] to the filing of the Chapter 11 (even though receiver appointed 2 months prior to Chapter 11 filing) the bankruptcy court should determine the judgment lien is "unperfected" and thus can be avoided.

18) Thus, the creditor's "judgment lien" can be avoided and determined to be an unsecured claim.

## BENEFIT TO ALL UNSECURED CREDITORS - IF JUDMENT LIEN IS "AVOIDED"

19) By reference to Section 544(a)(1) - the [purpose] of permitting lien avoidance by the trustee (or the debtor-in-possession) is to distribute the debtor's assets "pro rata" among all the creditors.

20) Otherwise, CENTURY MARTIAL ARTS will acquire all the assets of the business (not part); since the "judgment lien" is in the amount of [approximately] $349,200.00 - (as of May 18, 2010).

ADVERSARY COMPLAINT - (continued - page 5)

21) As set forth in "Amended Schedule B" filed by WORLD BLACKBELT, Inc. [attached hereto] the "liquidation" value of the assets is listed - as compared to - the "going concern" value of assets.

22) By reference to the similar case entitled In re: Acequia, Inc., (1994) 34 F.3d 800 Ninth Circuit; the court held relationship between the [purported] "secured" claim which is sought to be avoided and the amount of other unsecured creditors should be reviewed to determine if avoiding the lien would provide any distribution to the other unsecured creditors (if the assets were not liquidated).

23) In the within action, since "going concern" value is substantially more than "liquidation" value if all assets were seized by secured creditor - then WORLD BLACKBELT- would cease to exist - (without assets to generate income); and no other creditor would be paid by Debtor's Ch. 11 plan.

24) Therefore, it is imperative (for the benefit of all of the other unsecured creditors) that the court determine the [purported] "secured" judgment lien can be "avoided" by the debtor-in-possession.

## THE DEBTOR'S PRAYER FOR RELIEF AGAINST CREDITOR

Therefore, Debtor requests the court to avoid the purported secured judgment lien as unperfected; and to declare the claim of CENTURY MARTIAL ARTS, Inc. - [as] - only an "unsecured" claim.

Dated: September 17, 2010

*Bruce M. Greenfield*

---
Bruce M. Greenfield, Esq.
for Debtor-in-Possession
World Blackbelt, Inc.

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>World Blackbelt, Inc. | Case No. **1:10-bk-10148-GM**<br><br>Chapter **11** |

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?
☐ Yes                ☐ No

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

☐ A        ☒ B        ☐ C        ☐ D        ☐ E        ☐ F        ☐ G        ☐ H        ☐ I        ☐ J

☐ Statement of Social Security Number(s)        ☐ Statement of Financial Affairs
☐ Statement of Intention                        ☐ Other

NOTE: IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ATTACHED.

I/We, Bob Wall, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED:        *4-10-10*

*Bob Wall* (signature)

Bob Wall \ President/CEO
*Debtor Signature*

**FOR COURT USE ONLY**

FILED
SEP 1 5 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

B-1008 *Revised November 2003*

B6B (Official Form 6B) (12/07) - Cont.

In re    **World Blackbelt, Inc.**                                                              Case No. __1:10-bk-10148-GM__
                                                        ,
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | For purposes of calculation of the "new value" exception to the "absolute priority rule" - (sum) to be contributed by shareholder(s) in plan and disclosure statement to be proposed by debtor: after the adversary proceeding is resolved and Century Martial Arts "secured" judgment lien is is avoided; and Century's claim is "unsecured". [sum will be based on asset "liquidation value"] The total assets of World Blackbelt, Inc. [listed] in Schedule B as $750,000 are hereby amended: amended "going concern" value is: $1,000,000.00 amended "liquidation value" - (only) - $200,000.00 total assets of World Blackbelt [see attachment] | - | 1,000,000.00 |

Sub-Total >       1,000,000.00

| WORLD BLACK BELT ASSETS | | | |
|---|---|---|---|
| | | | 2009 |
| World Black Belt.com  Website | | | |
| World Black Belt Video.com   Website | | | |
| World Black Membership (Data on 5200 members) | | | |
| KO Fitness Recovery Drink  Available on amazon.com | | | |
| 1-866 BlackBelt phone number | | | |
| Founding Members (53) endorse and support WBB | | | |
| Domain Names  (approx 150) | | | |
| Mailing List  (approx 300,000) | | | |
| Email List (approx 300,000)  old and new | | | |
| Email List (approx 20,000 (active) | | | |
| Black Belt Pages Directory of Martial arts Schools and Business | | | |
| 'List of Martial Arts Schools Worldwide and data info on all schools | | | |
| Approx. 28,000  in the USA | | | |
| Approx 2500 emails from schools | | | |
| List of schools in Canada | | | |
| World Black Belt Trademarks, Patents, Registrations | | | |
| KO Fitness Recovery Drink | | | |
| Black Belt Credit Card | | | |
| USA  (Visa) | | | |
| Canada  (MasterCard) | | | |
| FAN | | | |
| TRAVEL  MARSHAL | Reg  #2840834 | | |
| WBB | Reg #2872191 | | |
| WBB | Reg  #2979080 | | |
| BLACK BELT | Reg  #2911358 | | |
| FIGHTING ARTS NETWORK | Reg  #2732656 | | |
| WORLD BLACK BELT | Reg  #2921809 | | |
| AID  (Arline In Defense program) | Reg  #2883202 | | |
| List of trainees and data  (over 5000) | | | |
| Certified Instructors    (253) | | | |
| World Black Belt inventory | | | |
| Shirts, Hats, Tote Bags, Jackets | | | |
| Body Builder Shirts, Tank Tops, Polo Shirts | | | |
| American In Defense Shirts for Instructors | | | |
| World Black Belt Video | | | |
| General Choi-Tae Keon Do | | | |
| Canadian Grand Master Tae Kwon Do Series | | | |
| Enter the Dragon Signed Collectors Posters | | | |
| Personal interviews of various Martial Artist on tape | | | |

## Declaration of Service

I, the undersigned declare:  I am, and was at the time of service of the papers herein referred to, over the age of 18 years. My address is 520 S. Sepulveda Blvd. #404, Los Angeles, CA 90049

On September 17, 2010, I served the following document:

ADVERSARY COMPLAINT

on the parties in this action addressed as follows:

Century Martial Arts Supply, Inc.
1705 National Blvd.
Oklahoma City, OK 73110

Martin B. Greenbaum, Esq.
840 Newport Center Drive
Suite 720
Newport Beach, CA 92660

_X_  BY MAIL:   I placed a true copy in a sealed envelope addressed as indicated above.  I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing, as stated in this Declaration.

I declare under penalty of perjury under the laws of the State of United States of America that this is true and correct; and the declaration was executed September 17, 2010, at Los Angeles, CA

*Bruce M. Greenfield*

_____
Bruce M. Greenfield